1  DANIEL I. HALIMI (SBN: 302872)
2  **HALIMI LAW FIRM**
   1455 Frazee Rd., Suite 500
3  San Diego, California 92108
4  (855) 453-2946
   daniel@halimilawfirm.com
5
6  Attorney for Plaintiff Neal Strobel

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL STROBEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GLEN JAMES LESNICK, an individual; TERESA LESNICK, an individual; JOESEPH ROSALES CARR, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-01010-LB<br><br>**PLAINTIFF NEAL STROBEL'S NOTICE AS TO SERVICE OF DEFENDANTS AND REQUEST TO CONDUCT EARLY DISCOVERY UNDER FRCP 26(d)(1)** |

Per this Court's May 26, 2021 Order, requesting an update as to service of the Defendants:

///

///

///

1. **GLEN JAMES LESNICK:** Plaintiff has attempted service on this Defendant at two separate addresses found on a skip-trace report. Both have proven unsuccessful. Plaintiff is currently assessing whether additional addresses are available to attempt service. A Notice of Lawsuit and Request to Waive Service of a Summons was mailed to this Defendant on May 22, 2021 to both addresses. Plaintiff has received no response to date. Without anything more, Plaintiff will apply to this Court to serve this Defendant by publication.

2. **TERESA LESNICK:** Plaintiff has attempted service on this Defendant at an address listed in an operating agreement for a limited liability company to which this Defendant is a member. According to the process server, this Defendant is evading service. Plaintiff is currently assessing whether additional addresses are available to attempt service. A Notice of Lawsuit and Request to Waive Service of a Summons was mailed to this Defendant on May 22, 2021. Plaintiff has received no response to date. Without anything more, Plaintiff will apply to this Court to serve this Defendant by publication.

3. **JOESEPH ROSALES CARR:** Service on this Defendant is currently in progress.

4. **THE UNKNOWN DEFENDANTS (AND REQUEST FOR AN ORDER UNDER FRCP RULE 26(d)(1)):** The Complaint alleges liability against one or more "Unknown Defendants" who have converted Plaintiff's property (Complaint, ¶ 6). Plaintiff believes that a third-party, Coinbase, Inc. has information as to the identity (and addresses) of these third-parties. In attempt to discover the same to serve these Unknown Defendants, Plaintiff issued a subpoena to Coinbase, Inc. on or around March 26, 2021. Coinbase has since refused to respond to the subpoena because a Rule 26(f) conference has not yet

taken place. Yet, without a response to the subpoena, the Unknown Defendants cannot be identified for service of the summons. Plaintiff therefore requests that this Court permit service of the subpoena under FRCP Rule 26(d)(1). If the Court prefers, Plaintiff will submit a separate application for the same.

DATED: May 26, 2021                                  **HALIMI LAW FIRM**

By: _____
Daniel I. Halimi
Attorney for Plaintiff Neal Strobel